# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 24, 2012

Robert P. Young, Jr.,
Chief Justice

145127

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

      SC: 145127
      COA: 307416
      Monroe CC: 10-038504-FC

KEVIN ALLEN FERGUSON,
      Defendant-Appellee.

_____/

On order of the Court, the application for leave to appeal the February 8, 2012 order of the Court of Appeals is considered and, it appearing to this Court that the cases of *People v Glenn* (Docket No. 144979) and *People v Hardy* (Docket No. 144327) are pending on appeal before this Court and that the decisions in those cases may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decisions in those cases.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 24, 2012

_____
Clerk

h0716